In the Matter of the Arbitration between BRADY TRANSFER & STORAGE Co., Respondent, and JOHN STRONG, as President of Local Union No. 807, International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, et al., Appellants.

Argued June 1, 1948; decided July 16, 1948.

*Louis B. Boudin* and *Daniel W. Meyer* for appellants.

*William Biederman, Harris J. Klein* and *Irving Klein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: CONWAY, J.